UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-4184
_____

UNITED STATES OF AMERICA

v.

MICHAEL SHAWN WOODS,
            Appellant

_____

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
D.C. Crim. No. 03-cr-00039E
District Judge: The Honorable Maurice B. Cohill, Jr.

_____

Submitted Under Third Circuit LAR 34.1(a)
September 13, 2005

_____

Before: SLOVITER, BARRY, and SMITH, <u>Circuit Judges</u>

_____


JUDGMENT
_____


      This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on September 13, 2005.

      On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of conviction be and hereby is affirmed, the sentence is vacated, and this matter

is remanded for resentencing.

    All of the above in accordance with the Opinion of this Court.

                      ATTEST:

                      *Marcia M. Waldron*
                      Clerk

Dated: September 20, 2005