IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM 03-39 ERIE |
| | ) | |
| MICHAEL SHAWN WOODS (1) | ) | |
| | ) | |
| | ) | |

NOTICE

The above entitled case is set for __Re-Sentencing__ on __December 5, 2005__ at __3:00 PM__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:  November 2, 2005

Copies to:
Christian Trabold, AUSA
Wayne H. Hundertmark, Esq.

Pretrial Services
Probation Office-ERIE-Pgh
U.S. Marshal-ERIE-Pgh