Case 1:03-cr-00039-MBC   Document 47   Filed 11/07/2005   Page 1 of 1
Case 1:03-cr-00039-MBC   Document 46   Filed 11/07/2005   Page 1 of 1
Case 1:03-cr-00039-MBC   Document 45   Filed 11/03/2005   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 03-39 Erie |
| | ) |
| MICHAEL SHAWN WOODS | ) |

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Michael Shawn Woods, 20205-068, Year of Birth: 1958, Caucasian, Male.

2. Detained by: FCI Loretto, Federal Correctional Institution, P.O. Box 1000, Loretto, Pennsylvania 15940.

3. Detainee has been sentenced in this district for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), 841(c)(1) and 846, and is presently in federal custody at FCI Loretto, Loretto, Pennsylvania 15940.

4. The above case is set for resentencing at Erie, Pennsylvania on December 5, 2005, at 3:00 p.m., and it shall therefore be necessary for detainee to be present in Court at that time.

5. The Warden of FCI Loretto, Loretto, Pennsylvania, has no objection to the granting of this petition.

s/Christian A. Trabold
CHRISTIAN A. TRABOLD
Assistant U.S. Attorney
PA ID No. 75013

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above, and, when detainee shall no longer be needed before the Court, detainee shall be returned to the above-named custodian.

_11/07/05_
DATE

_Maurice B. Cohill, Jr._
SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
Date 11.7.05
ROBERT V. BARTH, JR., CLERK
By _Livia L. Mayo_
Deputy Clerk