MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

UNITED STATES OF AMERICA

_Plaintiff_

vs.

MICHAEL SHAWN WOODS (1)

_Defendant_

No. CRIM 03-39 ERIE

**HEARING ON** RE-SENTENCE

_Before Judge_ MAURICE B. COHILL, JR.,

Christian Trabold, AUSA      Wayne H. Hundertmark, Esq.

_Appear for Plaintiff_      _Appear for Defendant_

Hearing begun 3:00  12-5-05      Hearing adjourned to —

Hearing concluded C. A. V. 3:30 12-5-05      Stenographer R. Beach

**WITNESSES:**

_For Plaintiff_      _For Defendant_

Re-sentenced to 87 mo. All other conditions remain in full force + effect. Credit for time served. Using discretion under Booker to depart + lower new O.L. 29, Cat. I. 87-108 range.