IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 03-39E |
| MICHAEL SHAWN WOODS, | ) |
| Defendant. | ) |

ORDER

The Court of Appeals for the Third Circuit has affirmed the judgment of conviction in this case, vacated the sentence, and remanded for resentencing in the wake of *United States v. Booker*, 543 U.S. _____, 125 S.Ct. 738 (2005). Both parties have had the opportunity to present argument at a resentencing hearing. AND NOW, to-wit, this 5th day of December, 2005, the Court will exercise its discretion and resentence the defendant to 87 months imprisonment, with credit for time already served. In all other respects the judgment of sentence imposed on October 18, 2004 shall remain in full force and effect.

December 5, 2005

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   counsel of record